UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff,               )<br>                                   )          CR-04-148-FVS<br>     vs.                           )<br>                                   )<br>TRAVIS JUSTIN SNEED,               )          Amended Final Order of<br>                                   )          Forfeiture<br>          Defendant.               ) | |

     WHEREAS, on July 10, 2005, the Court entered a Final Order of Forfeiture, forfeiting to the United States the property described below:

1) A sum of money equal to $215,763.36 in United States currency, representing the amount of proceeds obtained as a result of the offenses charged in Counts 1 - 14 of this Indictment.

2) All United States currency, funds, or other monetary instruments credited to Farmers and Merchants Bank account number XXXXXX6630, in the amount of $7,466.80, in the name of Travis J. Sneed, Committee to Elect Travis Sneed. Such funds were seized on June 29, 2004.

3) 1992 Mercedes, VIN: WDBGA57E3NA044567, Washington License Number EWU1062. This vehicle was seized on June 29, 2004.

     WHEREAS the amount of proceeds listed in Paragraph 1 should be amended from $215,763.36 to $214,788.36, to reflect the return of $975.00 to a victim by the Defendant;

Amended Final Order of Forfeiture - 1
~0184889.wpd

The amended forfeited property is listed below:

1) A sum of money equal to $214,788.36 in United States currency, representing the amount of proceeds obtained as a result of the offenses charged in Counts 1 - 14 of this Indictment.

2) All United States currency, funds, or other monetary instruments credited to Farmers and Merchants Bank account number XXXXXX6630, in the amount of $7,466.80, in the name of Travis J. Sneed, Committee to Elect Travis Sneed. Such funds were seized on June 29, 2004.

3) 1992 Mercedes, VIN: WDBGA57E3NA044567, Washington License Number EWU1062. This vehicle was seized on June 29, 2004.

Defendant Travis Justin Sneed's interest in the property described above was forfeited to the United States via the criminal judgment entered herein.

WHEREAS, Federal Rules of Criminal Procedure, Rule 32.2 requires the resolution of all third-party claims to the property in the final order of forfeiture.

On March 17, 24, and 31, 2005, the Notice of Amended Preliminary Order of Forfeiture was published in the Cheney Free Press, a newspaper of general circulation in Spokane County, Washington, which notified all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property described above. At the latest, this 30-day period expired on May 2, 2005.

WHEREAS, no timely claim has been filed; and

It appearing to the Court that Travis Justin Sneed's interest has been resolved by the criminal judgment herein;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the property described above is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

Amended Final Order of Forfeiture - 2
~0184889.wpd

1  IT IS FURTHER ORDERED that the United States Marshal's Service shall

2  dispose of the forfeited property in accordance with law.

3  ORDERED this 29th day of August, 2005.

```
                              s/Fred Van Sickle
                              Fred Van Sickle
                              Chief United States District Judge
```

Presented by:
James A. McDevitt
United States Attorney

s/Aine Ahmed

Aine Ahmed
Assistant United States Attorney

Amended Final Order of Forfeiture - 3
~0184889.wpd