PROB 12B
(7/93)

Report Date: March 9, 2009

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 2 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Travis Justin Sneed        Case Number: 2:04CR00148-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 7/7/2005         Type of Supervision: Supervised Release

Original Offense: Wire Fraud, 18 U.S.C. § 1343;    Date Supervision Commenced: 6/7/2006
Criminal Forfeiture, U.S.C. §

Original Sentence: Prison - 18 Months; TSR - 36    Date Supervision Expires: 6/6/2009
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

24   The offender is required to pay no less than $150 per month toward legal financial obligation commencing May 2009.

## CAUSE

Pursuant to the agreement reached between attorney Jeffrey Finer and Bud Ellis, Assistant U.S. Attorney, the offender is required to pay no less than $150 per month toward restitution beginning May 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   3-9-09

Tommy Rosser
U.S. Probation Officer

Prob 12B
**Re: Sneed, Travis Justin**
**March 9, 2009**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

*March 11, 2009*
Date

PROB 49 (3/89)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 12 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

# United States District Court

## Eastern District of Washington

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

24   The offender is required to pay no less than $150 per month toward legal financial obligation commencing May 2009.

Witness: _Tommy Rosser_
Tommy Rosser
U.S. Probation Officer

Signed: _Travis Justin Sneed_
Travis Justin Sneed
Probationer or Supervised Releasee

3-9-09
Date